JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Renato A. Edora,                         ) | SACV 10-01247-JVS(CWx) |
|                                          ) | |
|           Plaintiff,                     ) | ORDER OF DISMISSAL FOR |
|                                          ) | |
|      v.                                  ) | LACK OF PROSECUTION |
|                                          ) | |
| IndyMac Bank, FSB, et al.,               ) | |
|                                          ) | |
|           Defendants.                    ) | |
| _____) | |

  The Court having issued an Order Setting the Rule 26(f) Scheduling Conference for Monday, January 3, 2011 at 10:30 a.m. and the Court not having received any Status Report on the action, no appearance having been made at the January 3, 2011 hearing and not proof of service having been filed in this action as to any of the defendant,

  IT IS HEREBY ORDERED that this action is dismissed, without prejudice, for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: January 19, 2011

_____
James V. Selna
United States District Judge